IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO MARTINEZ-HERNANDEZ,<br>     ID # 25959-480,<br>          Plaintiff,<br><br>v.<br><br>UNKNOWN SUPERVISOR of<br>Dallas County Jail,<br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:25-CV-3027-K-BW |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow court orders.

**SO ORDERED.**

**Signed July 27th, 2026.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE